JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5596
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 7/7/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00341 RMW |
| Plaintiff, | STIPULATION CONTINUING HEARING DATE, RESETTING BRIEFING SCHEDULE, AND EXCLUDING TIME; ORDER |
| v. | |
| FU-TAIN LU, et al. | Date: July 6, 2010 |
| Defendants. | Time: 2:00 p.m. |
| | Before The Honorable Ronald M. Whyte |

Defendants Fu-Tain Lu and Fushine, Inc., and the government, through their respective counsel, hereby stipulate, subject to the Court's approval, that the motion hearing scheduled for July 6, 2010 should be continued to **Thursday, July 22, 2010, at 2:00 p.m.**. The basis for the request is that after the parties met and conferred, as directed by this Court, regarding the pending motions to return property and to unseal the affidavit supporting the seizure warrant, they agreed that further discussions might be fruitful and that, ideally, those discussions should occur before the parties submitted any additional briefing.

1     The parties are scheduled to meet again on Friday, July 9, 2010.  Accordingly, the parties
2 further agree that the government's brief in response to defendants' request to unseal the affidavit
3 shall be due by noon on July 13 and that defendants' reply would be due by close of business on
4 July 16, 2010.

5     Finally, the parties agree that the time through and including July 22, 2010, is properly
6 excluded from the Speedy Trial Clock, and that the ends of justice outweigh the interests of the
7 public and the parties in a speedier trial based upon the reasons set forth in 18 U.S.C.
8 § 3161(h)(7)(A) and (B)(i) and (iv), as well as, for any period (not to exceed thirty days) following
9 the hearing, during which defendants' motions are under advisement by the Court, under 18 U.S.C.
10 § 3161(h)(1)(H).

11 Dated: June 24, 2010

12                                           _____/s/_____
                                          KATHLEEN F. SHERMAN
                                          Counsel for Defendants

13 Dated: June 24, 2010

14                                           JOSEPH P. RUSSONIELLO
                                          United States Attorney

15

16                                           _____/s/_____
17                                           DAVID R. CALLAWAY
                                          Assistant United States Attorney

18

19 ## **ORDER**

20     For the reasons set forth by the parties in the stipulation above, and good cause
21 appearing,

22     IT IS HEREBY ORDERED that the motions hearing in the captioned case is continued
23 from July 6 to July 22, 2010, at 2:00 p.m., before The Honorable Ronald M. Whyte, United
24 States District Judge.  It is further ordered that the time through and including July 22, 2010, is
25 properly excluded from the Speedy Trial Clock.  The Court finds that the ends of justice
26 outweigh the interests of the public and the parties in a speedier trial based upon the reasons

1  set forth in18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as well as, for any period (not to

2  exceed thirty days) following the hearing, during which defendants' motions are under

3  advisement by the Court, pursuant to 18 U.S.C. § 3161(h)(1)(H)**.**

5  Date: 7/7/10

_____
RONALD M. WHYTE
United States District Judge