MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

*E-FILED - 7/22/11*

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6991
   Facsimile: (415) 436-7234
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00341 RMW |
|    Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE DATE FOR STATUS/DISPOSITION; ORDER [] |
| FU-TAIN LU, ) | |
|    Defendant. ) | Date: July 22, 2011<br>Time: 9:00 a.m. |
| ) | Before The Hon. Ronald M. Whyte |

    The United States and defendant Fu-Tain Lu and Fushine Technology, Inc., through their respective counsel, hereby agree and stipulate as follows:

    **WHEREAS**,

    The parties are in active discussions toward a resolution of this case short of trial, with a further meeting scheduled to occur on Wednesday, August 3, 2011, and therefore seek to continue the date set for status/disposition of this case until Monday, August 22, 2011.  The parties remain highly confident that this case will be resolved short of trial.

    The parties further agree that the time occasioned by this continuance should be excluded from the Speedy Trial Clock based on the need for effective defense preparation, taking into account

**STIPULATION AND ORDER**

the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The date for status/disposition of this matter should be continued from July 25, 2011 to **Monday, August 22, 2011,** at 9:00 a.m., before The Honorable Ronald M. Whyte. The time between those two dates, a total of 28 days, should be excluded from the Speedy Trial Clock for the reasons set forth above.

/s/
_____
FRANK R. UBHAUS, ESQ.
Counsel for Defendant Fu-Tain LU
and Fushine Technology, Inc.
DATE: July 22, 20111

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: July 22, 2011

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for status/disposition for the above-named defendants is continued from July 25, 2011, to **Monday, August 22, 2011, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

IT IS FURTHER ORDERED that the time between July 25 and August 22, 2011, a total of 28 days, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: 7/22/11

*Ronald M. Whyte*
_____
THE HON. RONALD M. WHYTE
United States District Judge

**STIPULATION AND ORDER** -2-