1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388
   frank.ubhaus@berliner.com
6  christian.picone@berliner.com
   kathy.sherman@berliner.com
7
   ATTORNEYS FOR DEFENDANTS
8  FU-TAIN LU AND FUSHINE TECHNOLOGY, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. CR-09-00341 RMW |
| 13           Plaintiff, | STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL |
| 14      v. | |
| 15  FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION, | |
| 17           Defendants. | |

19   GOOD CAUSE APPEARING THEREFORE and based on the stipulation of the parties,

20   IT IS HEREBY ORDERED that the Defendant, F.T. Lu, is granted permission to travel

21   to Fresno, California on Sunday, February 26, 2012 between the hours of 6:30 am and 11:30 pm

22   for purposes of participating in a tennis tournament.

23   DATED: FEBRUARY __, 2012

                                               *Ronald M. Whyte* (signature)
                                               RONALD M. WHYTE
                                               United States District Court Judge

26   / / /
27   / / /
28   / / /

CASE NO. CR-09-00341 RMW                -1-

IT IS SO STIPULATED.

DATED: FEBRUARY ___, 2012    BERLINER COHEN


BY: /S/ FRANK R. UBHAUS
    FRANK R. UBHAUS
    CHRISTIAN E. PICONE
    KATHLEEN F. SHERMAN
    ATTORNEYS FOR DEFENDANTS
    FU-TAIN LU AND FUSINE TECHNOLOGY, INC.

DATED: FEBRUARY ___, 2012    MELINDA HAAG
                             UNITED STATES ATTORNEY


BY: /S/ DAVID R. CALLAWAY
    DAVID R. CALLAWAY
    ASSISTANT UNITED STATES ATTORNEY

CASE NO. CR-09-00341 RMW                -2-

STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL

\FRU\1035721.1
022312-18134001