```
1   FRANK R. UBHAUS, CA STATE BAR NO. 46085
    CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2   KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
    BERLINER COHEN
3   TEN ALMADEN BOULEVARD
    ELEVENTH FLOOR
4   SAN JOSE, CALIFORNIA 95113-2233
    TELEPHONE: (408) 286-5800
5   FACSIMILE: (408) 998-5388
    frank.ubhaus@berliner.com
6   christian.picone@berliner.com
    kathy.sherman@berliner.com
7
    ATTORNEYS FOR DEFENDANTS
8   FU-TAIN LU AND FUSHINE TECHNOLOGY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION,<br><br>    Defendants. | CASE NO. CR-09-00341 RMW<br><br>STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL |

GOOD CAUSE APPEARING THEREFORE and based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Defendant, F.T. Lu, is granted permission to travel to Sacramento, California on Thursday, May 3, 2012 through Sunday, May 6, 2012 for purposes of participating in a tennis tournament.

DATED: APRIL ___, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

///

///

///

CASE NO. CR-09-00341 RMW   -1-

\FRU\1035721.1
041912-18134001

STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL

1     IT IS SO STIPULATED.

2     DATED: APRIL 25, 2012          BERLINER COHEN

4                                    BY:   /s/ *FRANK R. UBHAUS*
                                                   FRANK R. UBHAUS
5                                                       ATTORNEYS FOR DEFENDANTS
                                                      FU-TAIN LU AND FUSINE TECHNOLOGY, INC.

7     DATED: APRIL 25, 2012          MELINDA HAAG
                                                UNITED STATES ATTORNEY

9                                      BY:   /s/ *DAVID R. CALLAWAY*
                                                 DAVID R. CALLAWAY
10                                                     ASSISTANT UNITED STATES ATTORNEY