Case 5:09-cr-00341-RMW Document 169 Filed 12/19/14 Page 1 of 2

FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com
kathy.sherman@berliner.com

ATTORNEYS FOR DEFENDANTS FU-TAIN LU
AND FUSHINE TECHNOLOGY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION,,<br><br>Defendants. | CASE NO. CR-09-00341 RMW (PSG)<br><br>STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S APPLICATION FOR OUT OF DISTRICT TRAVEL<br><br>[No Hearing Requested] |

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the conditions of supervised release currently in effect for the Defendant Fu-Tain Lu are hereby modified and Fu-Tain Lu is permitted to leave the Northern District of California on or about December 21, 2014, to travel by air to Taipei, Taiwan and to return to the Northern District of California on or about February 22, 2015. The primary purpose of the trip is to visit his 93 year old mother and to celebrate Christmas and Chinese New Year with her.

IT IS FURTHER HEREBY ORDERED that Fu Tain Lu provide his complete travel itinerary to his United States Probation Officer prior to his departure.

///

///

///

1     IT IS SO ORDERED.

2   D<small>ATED</small>: D<small>ECEMBER</small> __FJ__, 2014

3

4                                        H<small>ONORABLE</small> R<small>ONALD</small> M. W<small>HYTE</small>

5                                        U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

6   D<small>ATED</small>: D<small>ECEMBER</small> 16, 2014         BERLINER COHEN

7

8                                   B<small>Y</small>: /s/*F<small>RANK</small> R. U<small>BHAUS</small>*
                                          F<small>RANK</small> R. U<small>BHAUS</small>

9                                           C<small>HRISTIAN</small> E. P<small>ICONE</small>
                                          K<small>ATHLEEN</small> F. S<small>HERMAN</small>

10                                      A<small>TTORNEYS FOR</small> D<small>EFENDANTS</small> F<small>U</small>-T<small>AIN</small> L<small>U</small>
                                         AND F<small>USHINE</small> T<small>ECHNOLOGY</small>, I<small>NC</small>.

11

12   D<small>ATED</small>: D<small>ECEMBER</small> 16, 2014         MELINDA HAAG
                                   UNITED STATES ATTORNEY

13

14                                   B<small>Y</small>: /s/ *D<small>AVID</small> R. C<small>ALLAWAY</small>*
                                          D<small>AVID</small> R. C<small>ALLAWAY</small>

15                                          A<small>SSISTANT</small> U<small>NITED</small> S<small>TATES</small> A<small>TTORNEY</small>

16

17

18

19

20

21

22

23

24

25

26

27

28