1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388
   frank.ubhaus@berliner.com
6  christian.picone@berliner.com
   kathy.sherman@berliner.com
7
   ATTORNEYS FOR DEFENDANTS FU-TAIN LU
8  AND FUSHINE TECHNOLOGY, INC

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-09-00341 RMW (PSG) |
| Plaintiff, | STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S APPLICATION FOR OUT OF DISTRICT TRAVEL |
| v. | |
| FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION,, | [No Hearing Requested] |
| Defendants. | |

CASE NO. CR-09-00341 RMW (PSG)            -1-
STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S APPLICATION FOR OUT OF DISTRICT TRAVEL

4820-3798-6082v2
FRU\18134001

1    Based on the stipulation of the parties and good cause appearing therefore,

2    IT IS HEREBY ORDERED that the conditions of supervised release currently in effect for
3    the Defendant Fu-Tain Lu are hereby modified and Fu-Tain Lu is permitted to leave the Northern
4    District of California on or about April 16, 2015, to travel by air to Taiwan and to return to the
5    Northern District of California on or about June 30, 2015.  The primary purpose of the trip is to visit
6    with and attend to the needs of Fu-Tain Lu's mother.

7    IT IS FURTHER HEREBY ORDERED that Fu Tain Lu provide his complete travel itinerary
8    to his United States Probation Officer prior to his departure.

9    IT IS SO ORDERED.

10   DATED:

*/s/ Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

14   DATED:  APRIL 10, 2015        BERLINER COHEN

16                                 BY:  /S/ *FRANK R. UBHAUS*
                                        FRANK R. UBHAUS
17                                      CHRISTIAN E. PICONE
                                        KATHLEEN F. SHERMAN
18                                      ATTORNEYS FOR DEFENDANTS FU-TAIN LU
                                        AND FUSHINE TECHNOLOGY, INC.

19   DATED:  APRIL 10, 2015        MELINDA HAAG
20                                 UNITED STATES ATTORNEY

21                                 BY:  /S/ *DAVID R. CALLAWAY*
22                                      DAVID R. CALLAWAY
                                        ASSISTANT UNITED STATES ATTORNEY

CASE NO.  CR-09-00341 RMW (PSG)            -2-
STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S   APPLICATION FOR OUT OF DISTRICT TRAVEL

4820-3798-6082v2
FRU\18134001