Frank R. Ubhaus, CA State Bar No. 46085
Christian E. Picone, CA State Bar No. 218275
Kathleen F. Sherman, CA State Bar No. 241200
Berliner Cohen
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com
kathy.sherman@berliner.com

Attorneys for Defendants Fu-Tain Lu
and Fushine Technology, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-09-00341 RMW (PSG) |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S APPLICATION FOR OUT OF DISTRICT TRAVEL |
| v. | |
| FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION, | [No Hearing Requested] |
| Defendants. | |

Case No.  CR-09-00341 RMW (PSG)

-1-

STIPULATION AND ORDER RE: DEFENDANT FU-TAIN LU'S  APPLICATION FOR OUT OF DISTRICT TRAVEL

4820-3798-6082v3
FRU\18134001

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the conditions of supervised release currently in effect for the Defendant Fu-Tain Lu are hereby modified and Fu-Tain Lu is permitted to leave the Northern District of California on or about July 15, 2015, to travel by air to Taiwan and to return to the Northern District of California on or about October 15, 2015. The primary purpose of the trip is to visit with and attend to the needs of Fu-Tain Lu's mother whose health has deteriorated to the point where she has been in intensive care since June 26, 2015.

IT IS FURTHER HEREBY ORDERED that Fu Tain Lu provide his complete travel itinerary to his United States Probation Officer prior to his departure.

IT IS SO ORDERED.

DATED: _____

_/s/ Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

DATED:  JULY 6, 2015            BERLINER COHEN

                                BY:  /S/ FRANK R. UBHAUS
                                     FRANK R. UBHAUS
                                     CHRISTIAN E. PICONE
                                     KATHLEEN F. SHERMAN
                                     ATTORNEYS FOR DEFENDANTS FU-TAIN LU
                                     AND FUSHINE TECHNOLOGY, INC.

DATED:  JULY 6, 2015            MELINDA HAAG
                                UNITED STATES ATTORNEY

                                BY:  /S/ DAVID R. CALLAWAY
                                     DAVID R. CALLAWAY
                                     ASSISTANT UNITED STATES ATTORNEY